**COMMONWEALTH of Pennsylvania,**
**Appellee,**

v.

**Paul R. SCHAEFFER, Jr., Appellant.**

Supreme Court of Pennsylvania.

Argued Jan. 25, 1994.

Decided Dec. 30, 1994.

Marc F. Lovecchio, Peter T. Campana, Williamsport, for P.R. Schaeffer.

Thomas A. Marino, Kenneth A. Osokow, Williamsport, for Com.

Dennis C. McAndrews, Media, Robert A. Graci, Harrisburg, for amicus curiae, Pa. Dist. Attorney's Ass'n.

Before NIX, C.J., and FLAHERTY, ZAPPALA, PAPADAKOS, CAPPY and CASTILLE, JJ.

### ORDER

* Mr. Justice Montemuro is sitting by designation.

v.

**Paul R. SCHAEFFER, Jr., Appellee.**

Supreme Court of Pennsylvania.

Argued Jan. 25, 1994.

Decided Dec. 30, 1994.

Paul M. Yatron, Robert A. Graci, Harrisburg, for Atty. General's Office.

Brett O. Feese, Williamsport, Marianne E. Cox, Philadelphia, Robert E. Colville, Robert L. Eberhardt, Pittsburgh, for Com.

Gaele McLaughlin Barthold, Philadelphia, for amicus curiae, Philadelphia Dist. Attorney's Office.

David M. McGlaughlin, Philadelphia, for amicus curiae, Pa. Ass'n. of Crim. Defense Lawyers.

Dennis C. McAndrews, Media, for amicus curiae, Pa. Dist. Attorney's Ass'n.

Peter T. Campana, Marc F. Lovecchio, Williamsport, for P.R. Schaeffer.

Before NIX, C.J., and FLAHERTY, ZAPPALA, PAPADAKOS, CAPPY, CASTILLE and MONTEMURO, JJ.

## ORDER

PER CURIAM.

The Court being equally divided, the order of the Superior Court is affirmed.

MONTEMURO, J., did not participate in the decision of these cases.

NIX, C.J., and PAPADAKOS and CASTILLE, JJ., dissent and would reverse the Order of the Superior Court.